# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| JAMES OWENS, individually and on behalf of all others similar situated; and EDWARD HURLIMAN, individually and on behalf of all others similarly situated | PLAINTIFFS |
| v.     No. 4:17CV00714 JLH | |
| RICHARD N. MASSEY; J. MATTHEW MACHEN; W. DABBS CAVIN; WILLIAM CHANGOSE; K. AARON CLARK; SCOTT T. FORD; G. BROCK GEARHART; JOHN J. GHIRARDELLI; OMON FITZGERALD HILL; DANIEL C. HORTON; IAN R. VAUGHAN; BEAR STATE FINANCIAL HOLDINGS, LLC; and FRANK CONNER | DEFENDANTS |

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this action is remanded to the Circuit Court of Pulaski County, Arkansas.

IT IS SO ORDERED this 16th day of March, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE